# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:02cr00255-019 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AUNDRA GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on May 22, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Joseph Rose. The initial violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on May 3, 2012 [Doc. 1071]. No objections to the Report and Recommendation having been filed the Court adopted the Report and Recommendation. The Court found that the following terms of supervision had been violated:

      1) new law violation on or near May 3, 2007 (trafficking in and possession of drugs.)

The Court found the instant violation to be a Grade A and defendant's Criminal History Category to be I. After considering the factors in Sec. 3553 the Court imposed a term of imprisonment of 6 months with credit for time served in federal custody on the instant violation. Upon defendant's release from incarceration the period of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: May 22, 2012              *s/   James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE